IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01575-MSK-CBS

MATTHEW HAYNIE, and
KELSEY HAYNIE,
    Plaintiffs,
v.

PHH MORTGAGE, INC.,
ARONOWITZ & MECKLENBURG,
STACEY L. ARONOWITZ, and
PAUL N. BROWN, Public Trustee,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the "Substitution of Counsel" (filed April 15, 2013) (Doc. # 42).  Pursuant to the Order Referring Case dated June 20, 2012 (Doc. # 32), this matter was referred to the Magistrate Judge.  Pursuant to D.C. Colo. ECF. Proc. V. 5.5 C., this court does not permit the substitution of counsel.  Therefore, the court will treat the Notice of Substitution as a motion to withdraw counsel and entry of appearance.  Attorney Susan J. Hendrick is withdrawn as counsel of record in this civil action.  The Clerk of Court is instructed to terminate electronic notification and to remove Ms. Hendrick from the Notice of Electronic Mailing.  The appearance of Lauren E. Tew, of Aronowitz & Mecklenburg, LLP shall be entered as counsel for Defendants PHH Mortgage, Aronowitz & Mecklenburg, LLP and Stacey L. Aronowitz.

    DATED at Denver, Colorado, this 16th day of April, 2013.

                                    BY THE COURT:

                                    s/Craig B. Shaffer
                                  United States Magistrate Judge