## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Civil Action No. 12-cv-01575-RM-CBS

MATTHEW HAYNIE; and
KELSEY HAYNIE,

    Plaintiffs,

v.

PHH MORTGAGE;
ARONOWITZ & MECKLENBURG;
STACEY L. ARONOWITZ;
PAUL N. BROWN, Public Trustee, and all persons claiming any legal or equitable right, title, estate, lien, or interest in the property described in the Complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; and
DOES 1-10, inclusive,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

    THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (ECF No. 66). Upon consideration of the Stipulation and being otherwise fully advised in this matter, it is

    ORDERED this action and all claims are hereby dismissed with prejudice, with all parties to bear their own attorney's fees and expenses/costs.

    DATED this 13th day of November, 2013.

                                            BY THE COURT:

                                            RAYMOND P. MOORE
                                            United States District Judge